**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Michael P. Chipko, Esq. (011902011)
200 Campus Drive
Florham Park, New Jersey 07932-0668
Tel: (973) 624-0800
Fax: (973) 624-0808
Attorneys for Defendants, Steven A. Zabarsky, Esq., Kimberly Zabarsky, and the Law Firm of Citta, Holzapfel & Zabarsky
Our File: 15700.00059

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZIA H. SHAIKH, | |
| Plaintiff, | Civil Action No. 3:22-CV-02053-ZNQ-TJB |
| vs. | |
| LAURA GERMADNIG-SHAIKH, SIEGFRIED GERMADNIG, PATRICIA GERMADNIG, MELISSA REEVES, KENNETH REEVES, STACY GERMADNIG, SIEGFRIED GERMADNIG JR., BARUS GERMAGNIG, CRYSTAL GERMAGNIG, SKYE GERMADNIG JR., DAVID TARNOWSKI, NICOLE TARNOWSKI, SLAVA KLEYMAN, NANCY CAVANAUGH, LOUIS ELWELL, JANICE ELWELL, CHRISTINE GILFILLEN, SANDRA SEAMAN, JACK M, NADA PITYINGER, BRETT PITYINGER, DANIEL SCHASTNY, KATHLEEN SCHASTNY, BRADELY MCKEE, RENE MCKEE, ROBERT MCKEE, CAROL MCKEE, STANLEY O'BRIAN, LORI O'BRIAN, CANDY MCKEE, STEVEN A. ZABARSKY, ESQ., KIMBERLY ZABARSKY, LAW FIRM OF CITTA, HOLZAPFEL & ZABARSKY, LEGAL MALPRACTICE INSURANCE CARRIER FOR CITTA, HOLZAPFEL & ZABARSKY, CATHLEEN CHRISTIE-CONEENY, ESQ., LEGAL MALPRACTICE INSURANCE CARRIER FOR CATHLEEN CHRISTIE-CONEENY, ESQ., JOSEPH GUNTESKI CPA, COWAN & GUNTESKI & CO, JOHN R. RILEY | **NOTICE OF MOTION TO DISMISS ON BEHALF OF DEFENDANTS, STEVEN A. ZABARSKY, ESQ., KIMBERLY ZABARSKY, LAW FIRM OF CITTA, HOLZAPFEL & ZABARSKY**<br><br>**RETURNABLE: JUNE 21, 2022** |

1

| | |
|---|---|
| JR, CPA, ABV, CGMA, AICPA (ASSOCIATION OF INTERNATIONAL CPA'S), SETH ARKUSH, INTEGRATED CARE CONCEPTS LLC, JACKSON SCHOOL DISTRICT, PRINCIPAL OF JACKSON LIBERTY HS, PRINCIPAL OF CHRISTA MCAULIFEE MIDDLE SCHOOL, PRINCIPAL OF CRAWFORD RODRIGUEZ ELEMENTARY SCHOOL, STEPHANIE J. BROWN, ESQ., AUGUST J. LANDI, ESQ., MARGIE MCMAHON, ESQ., DAVID SCHLENDORF, ESQ., JACKSON TWSP. POLICE CHIEF MATTHEW KUNZ, JACKSON TOWNSHIP POLICE OFFICER CHRISTOPHER PARISE, OCEAN CITY NJ PROSECUTOR BRADLEY BILHEIMER, JOHN FOTI JR, MADELINE F. EINBINDER J.S.C., MARLENE L. FORD A.J.S.C., JOHN S. DORAN, J.S.C., DEBORAH H. SCHRON J.S.C., JOHN DOES 1-10, JOHN DOES 1-10, XYZ CORPORATIONS, <br><br>    Defendants. | : : : : : : : : : : : : : : : : : : : : : : : |

**TO:** Zia Shaikh
200 Village Ctr Dr
Unit 7381
Freehold, NJ 07728
Pro se Plaintiff

All Counsel of Record

**PLEASE TAKE NOTICE** that, on Monday, June 21, 2022 at 9:00 a.m., or as soon thereafter as the attorneys for the parties may be heard, the undersigned attorneys for Defendants, Steven A. Zabarsky, Esq., Kimberly Zabarsky, and the Law Firm of Citta, Holzapfel & Zabarsky will move before the Hon. Georgette Castner, U.S.D.J. at the United States District Court, District of New Jersey, 402 East State Street, Trenton, New Jersey 08608 for an Order granting this motion and dismissing Plaintiff's Complaint with prejudice.

2

270830720v.1

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, defendants rely upon the Brief, Certification of counsel and exhibits submitted and filed herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is enclosed with this motion, and oral argument is requested on the return date.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: _____*/s/ Michael P. Chipko*_____
       Michael P. Chipko

Attorneys for Defendants,
Steven A. Zabarsky, Esq., Kimberly Zabarsky, and the Law Firm of Citta, Holzapfel & Zabarsky
200 Campus Drive
Florham Park, New Jersey 07932-0668
Tel: (973) 624-0800
Fax: (973) 624-0808
Michael.Chipko@wilsonelser.com

Dated: May 25, 2022