**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Michael P. Chipko, Esq. (011902011)
200 Campus Drive
Florham Park, New Jersey 07932-0668
Tel: (973) 624-0800
Fax: (973) 624-0808
Attorneys for Defendants, Steven A. Zabarsky, Esq., Kimberly Zabarsky, and the Law Firm of Citta, Holzapfel & Zabarsky
Our File: 15700.00059

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ZIA H. SHAIKH, | Civil Action No. 3:22-CV-02053-ZNQ-TJB |
| Plaintiff, | |
| vs. | **CERTIFICATION OF COUNSEL** |
| LAURA GERMADNIG-SHAIKH, SIEGFRIED GERMADNIG, PATRICIA GERMADNIG, MELISSA REEVES, KENNETH REEVES, STACY GERMADNIG, SIEGFRIED GERMADNIG JR., BARUS GERMAGNIG, CRYSTAL GERMAGNIG, SKYE GERMADNIG JR., DAVID TARNOWSKI, NICOLE TARNOWSKI, SLAVA KLEYMAN, NANCY CAVANAUGH, LOUIS ELWELL, JANICE ELWELL, CHRISTINE GILFILLEN, SANDRA SEAMAN, JACK M, NADA PITYINGER, BRETT PITYINGER, DANIEL SCHASTNY, KATHLEEN SCHASTNY, BRADELY MCKEE, RENE MCKEE, ROBERT MCKEE, CAROL MCKEE, STANLEY O'BRIAN, LORI O'BRIAN, CANDY MCKEE, STEVEN A. ZABARSKY, ESQ., KIMBERLY ZABARSKY, LAW FIRM OF CITTA, HOLZAPFEL & ZABARSKY, LEGAL MALPRACTICE INSURANCE CARRIER FOR CITTA, HOLZAPFEL & ZABARSKY, CATHLEEN CHRISTIE-CONEENY, ESQ., LEGAL MALPRACTICE INSURANCE CARRIER FOR CATHLEEN CHRISTIE-CONEENY, ESQ., JOSEPH GUNTESKI CPA, COWAN & GUNTESKI & CO, JOHN R. RILEY | **RETURNABLE: JUNE 21, 2022** |

1

| | |
|---|---|
| JR, CPA, ABV, CGMA, AICPA (ASSOCIATION OF INTERNATIONAL CPA'S), SETH ARKUSH, INTEGRATED CARE CONCEPTS LLC, JACKSON SCHOOL DISTRICT, PRINCIPAL OF JACKSON LIBERTY HS, PRINCIPAL OF CHRISTA MCAULIFEE MIDDLE SCHOOL, PRINCIPAL OF CRAWFORD RODRIGUEZ ELEMENTARY SCHOOL, STEPHANIE J. BROWN, ESQ., AUGUST J. LANDI, ESQ., MARGIE MCMAHON, ESQ., DAVID SCHLENDORF, ESQ., JACKSON TWSP. POLICE CHIEF MATTHEW KUNZ, JACKSON TOWNSHIP POLICE OFFICER CHRISTOPHER PARISE, OCEAN CITY NJ PROSECUTOR BRADLEY BILHEIMER, JOHN FOTI JR, MADELINE F. EINBINDER J.S.C., MARLENE L. FORD A.J.S.C., JOHN S. DORAN, J.S.C., DEBORAH H. SCHRON J.S.C., JOHN DOES 1-10, JOHN DOES 1-10, XYZ CORPORATIONS, | : : : : : : : : : : : : : : : : : : : : |
| Defendants. | : : |

I, Michael P. Chipko, Esq., an attorney duly licensed to pracice law before the United States District Court for the District of New Jersey, hereby declare:

1. I am a partner at the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, attorneys for Defendants Steven A. Zabarsky, Esq., Kimberly Zabarsky, and the Law Firm of Citta, Holzapfel & Zabarsky. I make this certification in support of Defendants' Motion to Dismiss. I make this certification based upon my personal knowledge and a review of the files and records in this action.

2. Attached hereto as Exhibit A is a true and correct copy of Judge Sheridan's August 26, 2020 Order denying Plaintiff's Motion to Reinstate the 2015 Federal Complaint filed under Case No. 3:15-cv-4106.

2

3. Attached hereto as Exhibit B is a true and correct copy of 2015 State Complaint filed by Plaintiff against the Zabarsky Defendants, and others, in the Ocean County Superior Court under Docket No. OCN-L-2818-15.

4. Attached hereto as Exhibit C is a true and correct copy of the 2015 Federal Complaint filed Plaintiff against the Zabarsky Defendants, and others, in the New Jersey District Court under Case No.: 3:15-cv-4106.

5. Attached hereto as Exhibit D is a true and correct copy of Judge Sheridan's November 14, 2016 Order granting the Zabarsky Defendants' Motion for Summary Judgment in the Federal Action.

6. Attached hereto as Exhibit E is a true and correct copy of Judge Sheridan's December 21, 2016 Order denying Plaintiff's Motion to Amend in the 2015 Federal Action.

7. Attached hereto as Exhibit F is a true and correct copy of the Judge Ford's Order granting the Zabarsky Defendants' Motion to Dismiss the 2015 State Action with prejudice.

8. Attached hereto as Exhibit G is a true and correct copy of is a true and correct copy of the Zabarsky Defendants' Motion to Dismiss Plaintiff's appeal of the 2015 State Action (brief and exhibits omitted due to size and duplication).

9. Attached hereto as Exhibit H is a true and correct copy of June 21, 2018 Appellate Division Order granting the Zabarsky Defendants' Motion to Dismiss and dismissing the appeal.

10. Attached hereto as Exhibit I is a true and correct copy of the Complaint filed in this matter.

11. Attached hereto as Exhibit J is a true and correct copy of September 16, 2021 letter from Plaintiff seeking to reinstate multiple previously terminated 2020 filings.

I declare under penalty of perjury that the foregoing is true and correct.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: _____/s/ Michael P. Chipko_____
       Michael P. Chipko

Attorneys for Defendants,
Steven A. Zabarsky, Esq., Kimberly Zabarsky, and the Law Firm of Citta, Holzapfel & Zabarsky
200 Campus Drive
Florham Park, New Jersey 07932-0668
Tel: (973) 624-0800
Fax: (973) 624-0808
michael.chipko@wilsonelser.com

Dated: May 25, 2022