Paul A. Carbon, Esq., Attorney ID 02440-1995
Kyle L. Wu, Esq., Attorney ID 16602-2015
**MARGOLIS EDELSTEIN**
400 Connell Drive
Suite 5400
Berkeley Heights, NJ  07922-2775
(908) 790-1401
PAC/27500.5-00131
<u>Attorneys for Defendants, Cowan Gunteski & Co P.A. and Joseph Gunteski</u>

| | |
|---|---|
| ZIA SHAIKH, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff, | |
| | Case No: 3:22-cv-02053-GC-RLS |
| v. | Civil Action |
| LAURA L. GERMADNIG, SIEGFRIED GERMADNIG, PATRICIA GERMADNIG, MELISSA REEVES, KENNETH REEVES, MARK GERMADNIG, STACEY GERMADNIG, SIEGFRIED GERMADNIG, JR., DAVID TARNOWSKI, NICOLE TARNOWSKI, SLAVA KLEYMAN, NANCY CAVANAUGH, LOUIS ELWELL, CHRISTINE GILFILLEN, SANDRA SEAMAN, JACK M, NADA PITYINGER, BRETT PITYINGER, DANIEL SCHASTNY, KATHLEEN SCHASTNY, BRADELY MCKEE, RENE MCKEE, ROBERT MCKEE, CAROL MCKEE, STANLEY O'BRIAN, LORI O'BRIAN, CANDY MCKEE, STEVEN A. | **NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT IN LIEU OF ANSWER PURSUANT TO F.R.C.P. 12(b)(6)**<br><br>**ORAL ARGUMENT REQUESTED** |

1

ZABARSKY, ESQ., KIMBERLY ZABARSKY, LAW FIRM OF CITTA, HOLZAPFEL & ZABARSKY, LEGAL MALPRACTICE INSURANCE CARRIER FOR CITTA, HOLZAPFEL & ZABARSKY, CATHLEEN CHRISTIE-CONEENY, ESQ., LEGAL MALPRACTICE INSURANCE CARRIER FOR CATHLEEN CHRISTIE-CONEENY, ESQ., JOSEPH GUNTESKI CPA, COWN GUNTESKI & CO., JOHN R. WILEY JR., CPA, ABV, CGMA, AICPA (ASSOCIATION OF INTERNATIONAL CPA'S), SETH ARKUSH, INTEGRATED CARE CONCEPTS LLC, JACKSON SCHOOL DISTRICT, PRINCIPAL OF JACKSON LIBERTY HS, PRINCIPAL OF CHRISTA MCAULIFEE MIDDLE SCHOOL, PRINCIPAL OF CRAWFORD RODRIGUEZ ELEMENTARY SCHOOL, STEPHANIE J. BROWN, ESQ., AUGUST J. LANDI, ESQ., MARGIE MCMAHON, ESQ., DAVID SCHLENDORF, ESQ., JACKSON TWSP. POLICE CHIEF MATTHEW KUNZ, JACKSON TOWN SHIP POLICE OFFICER CHRISTOPHER PARISE, OCEAN CTY. NJ PROSECUTOR BRADLEY BILHEIMER, JOHN FOTI, JR., MADELINE F. EINBINDER J.S.C., MARLENE L.

FORD, A.J.S.C., JOHN S. DORAN,
J.S.C., DEBORAH H. SCHRON,
J.S.C., JOHN DOES 1-10, JOHN
DOES 1-10, XYZ
CORPORATIONS,

                Defendants.

To: The Honorable Georgette Castner

PLEASE TAKE NOTICE, that on July 5, 2022 at 9:00 AM, or as soon thereafter as counsel may be heard, the undersigned, as counsel for Defendants Cowan Gunteski & Co P.A. and Joseph Gunteski, hereby seeks an Order granting dismissal of the Complaint pursuant to F.R.C.P. 12(b)6 in connection with the above-captioned action.

PLEASE TAKE NOTICE that the undersigned shall rely upon the included Brief and Certification of Kyle L. Wu, Esq. dated June 1, 2022 in support of the motion.

A Proposed Form of Order is submitted herewith.

Respectfully submitted,

**MARGOLIS EDELSTEIN**
Cowan Gunteski & Co P.A. and Joseph
Gunteski

*/s/ Kyle L. Wu_____*
Kyle L. Wu, Esq.

Dated: June 1, 2022

3