UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW JERSEY

RECEIVED
JUN 0 6 2022
AT 8:30_____M
WILLIAM T. WALSH
CLERK

ZIA SHAIKH, )
)
    Plaintiff, ) CASE NO. 3:22-cv-02053-GC-RLS
)
v. )
)
LAURA L. GERMADNIG et al, )
) **PLAINTIFF'S MOTION FOR**
) **CONTEMPT**
    Defendants )
_____)

### Plaintiff' Motion for Contempt

Plaintiff ZIA SHAIKH, respectfully moves this Court for entry of an order of civil contempt, pursuant to Fed. R. Civ. P. 45(g), against YELP INC, as those terms are used in the accompanying Brief in Support.

In support of this Motion, Plaintiff will rely on the facts, law, and argument set forth in the accompanying Brief in Support.

Pursuant to Fed. R. Civ. P. 26(c)(1) on May 07, 2022, Plaintiff conferred in good faith with Nicollette Martz counsel for YELP INC in an effort to resolve this dispute without Court action, but was unable to obtain concurrence to the relief sought herein, thus necessitating the filing of this Motion.

WHEREFORE, Plaintiff respectfully request that this Honorable Court enter an Order:

(i) Finding YELP INC to be in civil contempt if they have not completed production of all documents previously subpoenaed from them to produce, by Friday, June 24th; and

(ii) Granting all other appropriate relief.

Respectfully submitted,

ZIA SHAIKH – Plaintiff

200 Village Ctr Dr Unit 7381
Freehold, NJ 07728
732)766-5466
Zia@MyArpp.com

Dated: May 31, 2022