UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW JERSEY

ZIA SHAIKH, )
)
      Plaintiff, )  CASE NO. 3:22-cv-02053-GC-RLS
)
    v. )
)
LAURA L. GERMADNIG et al, )
) **PLAINTIFF'S BRIEF IN SUPPORT OF**
) **MOTION FOR <u>CONTEMPT</u>**
)
    Defendants )
_____ )

## <u>Table of Contents</u>

Page

BACKGROUND ........................................................................................................... 2

ARGUMENT................................................................................................................... 3

CONCLUSION ............................................................................................................... 4

1

## Table of Authorities

Page(s)

**FEDERAL CASES**

*Faison v. State Farm Fire and Cas. Co.*,
  No. 13-cv-15014, 2015 WL 4274882 (E.D. Mich. June 18, 2015) ..................... 4

*M&C Corp. v. Erwin Behr GmbH & Co.*,
  289 F. App'x 927 (6th Cir. 2008) ........................................................... 4

*U.S. v. Conces*,
  507 F.3d 1028 (6th Cir. 2007) .............................................................. 4

*U.S. v. Rylander*,
  460 U.S. 752 (1983) ........................................................................ 4

*Wells Fargo Bank, N.A. v. MPC Investors, LLC*,
  No. 09-CV-11249, 2010 WL 3488669 (E.D. Mich. Aug. 9, 2010) ..................... 4

**RULES**

Federal Rule of Civil Procedure 45(g) ......................................................... 4

## <u>Issue Presented</u>

Should this Court find YELP INC (as each term is defined below) to be in civil contempt if, after June 24th, 2022, they have not produced all documents responsive to the subpoenas issued to them, pursuant to the subpoena issued by Plaintiff for identifying information on defendant only known by his alias name "JACK M" to be served the instant federal complaint upon him.

## Controlling or Most Appropriate Authorities

*Faison v. State Farm Fire and Cas. Co.*, No. 13-cv-15014, 2015 WL 4274882

(E.D. Mich. June 18, 2015)

*Wells Fargo Bank, N.A. v. MPC Investors, LLC*, No. 09-CV-11249, 2010 WL 3488669

(E.D. Mich. Aug. 9, 2010)


## BACKGROUND

On October 6, 2015, Defendant(s) under their fictitious name "Jack M" maliciously published on an American multinational corporation's published crowd-sourcing website the following matter about plaintiff:

> Well, Zia Shaikh made a great pitch on his ability to SHELTER my income, burying it amongst a series of "trusts" and other financial vehicles.

> First, I found out that the insurance companies he using are second rate and paying him huge commissions on my 7 figure investments.

> Also, his "office" which is listed above is a sham, rent a space as needed. Receptionist answers phones for all co's.

> Next, I learn that my accountant says these are incredibly "shady" type of tax dodges and I should check with the IRS Tax compliance departments.

> I did just that. And guess what. These are NOT tax compliant, they are actually tax evasion and a crime it seems. I spoke recently to the IRS Criminal Investigation Division in New Jersey, and they were not only interested, but I found out they are already ..in their words.."knee deep into an investigation of Mr. Shaikh and an associates they called "Chris", whom I believe works for him.

> I did some more research and found that he is also a deadbeat dad, and Ocean County Family Court records show that he is claiming poverty and not paying his wife child support. That speaks volumes about his integrity in my humble opinion.

> Based on the above, I have ceased my communications with Mr. Shaikh, and if he has approached you, or you are doing business with him, I STRONGLY advise you contact the Criminal Investigation Division of the IRS in Freehold, NJ or Newark, NJ. to protect yourself or report your contact with him. 732-761-3381 is IRS number.

Such statements are attached, marked "**Exhibit 1**," and incorporated by reference.

Plaintiff is not aware of this fictitious person and has never had any personal or business dealings with same. The statements made by this defendant on the public forum hosted by YELP INC are slanderous, libelous, defamatory, causing immeasurable loss of reputation and business opportunities to the Plaintiff. The only party aware of the true identity of "JACK M" is YELP INC.

On May 07,2022 Plaintiff served non-party YELP INC, via it's counsel of record Nicollette Martz with subpoenas to produce identifying information and related documents. See "**Exhibit 2**" and incorporated by reference.

YELP INC on May 09,2022 via email responded stating:

"Yelp accepts properly served and lawfully issued subpoenas from California state courts, and the Northern District of California, at the following address:
Yelp Inc.
c/o National Registered Agents, Inc.
330 N Brand Blvd, Suite 700
Glendale, CA 91203"

See "**Exhibit 3**" and incorporated by reference.

It is plainly obvious that third party YELP INC will not comply with lawfully ordered subpoena for basic information to allow Plaintiff to serve the instant complaint on this defendant. YELP INC has not produced anything in response to the subpoena. The discovery is being severely impeded.

## ARGUMENT

Pursuant to Federal Rule of Civil Procedure 45(g), failure to obey a subpoena or an order related to it, "without adequate excuse," is conduct punishable by contempt. The party "seeking contempt must demonstrate by clear and convincing evidence that the individual 'violated a

definite and specific order of the court requiring him to perform or refrain from performing a particular act or acts with knowledge of the court's order." *Faison v. State Farm Fire and Cas. Co.*, No. 13-cv15014, 2015 WL 4274882, at *2 (E.D. Mich. June 18, 2015) (citing *M&C Corp. v. Erwin Behr GmbH & Co.*, 289 F. App'x 927, 935 (6th Cir. 2008)). The burden then "shifts to the individual charged with contempt to make a categorical and detailed showing that compliance is impossible." *Id.* (citing *U.S. v. Rylander*, 460 U.S. 752, 757 (1983) and *U.S. v. Conces*, 507 F.3d 1028, 1043 (6th Cir. 2007)).

The discovery requested by the subpoena is critical to this litigation and long overdue. Time is of the essence; for the instant complaint filed on April 08,2022 to be timely served on the defendant only known by his fictitious name "JACK M".

YELP INC and it's Personnel's delay in producing any documents already is prejudicing Plaintiff's ability to conduct the discovery they need to prosecute this case, including by requiring Plaintiff to postpone necessary depositions.

YELP INC and it's Personnel's refusal to provide the most basic identifying information has unfortunately necessitated this motion.


## CONCLUSION

For the reasons outlined above, YELP INC and it's personnel have not complied with the subpoena. They should be found to be in civil contempt if, after 5:00 p.m. on June 24th 2022, they have not completed production of all documents ordered to be produced in the subpoena.

Respectfully submitted,

Dated: May 31, 2022

ZIA SHAIKH – Plaintiff
200 Village Ctr Dr Unit 7381
Freehold, NJ 07728
(732)766-5466      Zia@MyArpp.com

10/8/2017                                  Shaikh Zia H - CLOSED - 5 Lons Ln, Jackson, NJ - Phone Number - Yelp

**Find** barber, spa, nail salon                                **Near** nj

Restaurants        Nightlife        Home Services     ·      Write a Review        Events        Talk        **EXHIBIT # 1**

yelp⁎

⊘ **Yelpers report this location has closed.** Find a similar spot.

# Shaikh Zia H

⭐☆☆☆☆  1 review    ⫶ Details

✎ Add

📍 **5 Lons Ln**                                    ✎ Edit
   **Jackson, NJ 08527**
◈ Get Directions
📞 (732) 363-7228
📱 Send to your Phone

## Recommended Reviews for Shaikh Zia H                          ✎  **Edit business info**

⁎  Your trust is our top concern, so businesses can't pay to alter or remove their reviews. Learn     ✕     **Hours**
   more.

Search within the reviews          Sort by **Yelp Sort** ▾    Language **English (1)** ▾          ⬤    **Jack M.**
                                                                                                        First to review

**Zia S.**
**Freehold, NJ**                                                                                   **Browse nearby**
⇅ 0 friends
📷 1 review                                                                                         🍴  Restaurants
                        With so few reviews, your opinion of **Shaikh Zia H** could
                        be huge. Start your review today.                                           🍸  Nightlife

                                                                                                   🛍  Shopping
**Zia S.**
**Freehold, NJ**                                                                                   •••  Show all
⇅ 0 friends
📷 1 review

★★★★★ 6/15/2017

Zia Shaikh is a self made first generation immigrant. Due
to his dedication and commitment in achieving the
American dream he has obtained dozens of Investment
and Insurance licenses, Tax certifications etc to bring
exponential value to his clients and to be the best he can
be in the financial services industry.

In 22 years of being in this business, he has built an
excellent reputation with the investing public and has won
several FIVE STAR advisor awards in NJ.

His firm provides Investment, Tax, Insurance, Estate and
Business planning services to Families and Businesses
worth $2 Mil to $500 Mil.

He can be contacted at his office in Freehold, NJ at 732-
363-7228 x 101

*** "JACK M" has posted a FALSE REVIEW ABOUT ME, I
HAVE NEVER MET HIM AND HAVE NEVER DONE
BUSINESS IN SOUTH CAROLINE AS MY COMPANY IS
NOT LICENSED TO DO BUSINESS THERE.

My divorce finalized in December 2016 and I believe this
false and malicious review was posted by a family member
of my ex-wife LAURA's best friend KENNETH AND
MELISSA REEVES, who reside in South Carolina. I am now
in the process of preparing several law suits to have this
malicious review removed from this site and seek
monetary damages. Upon my winning these damages I
intend to post all details on YELP and other publications
promptly, so please standby.

You will find that over the past 22 years I have built an A+
reputation for myself and my company and I am held in
high regards by various industry experts and organizations
including the BBB and the National Ethics Bureau. I will
defend my good name at all costs.

Please pray to help people like "Jack M." realize that by
maliciously posting reviews against good people like
myself is not only bad business but immoral and has grave
legal consequences.

🗑

**Jack M.**
**Bluffton, SC**
👥 0 friends
📷 20 reviews

10/8/2017

Shaikh Zia H - CLOSED - 5 Lons Ln, Jackson, NJ - Phone Number - Yelp

★☆☆☆☆   10/6/2015

First to Review

Well, Zia Shaikh made a great pitch on his ability to SHELTER my income, burying it amongst a series of "trusts" and other financial vehicles.

First, I found out that the insurance companies he using are second rate and paying him huge commissions on my 7 figure investments.

Also, his "office" which is listed above is a sham, rent a space as needed. Receptionist answers phones for all co's.

Next, I learn that my accountant says these are incredibly "shady" type of tax dodges and I should check with the IRS Tax compliance departments.

I did just that. And guess what. These are NOT tax compliant, they are actually tax evasion and a crime it seems. I spoke recently to the IRS Criminal Investigation Division in New Jersey, and they were not only interested, but I found out they are already ..in their words.."knee deep into an investigation of Mr. Shaikh and an associates they called "Chris", whom I believe works for him.

I did some more research and found that he is also a deadbeat dad, and Ocean County Family Court records show that he is claiming poverty and not paying his wife child support. That speaks volumes about his integrity in my humble opinion.

Based on the above, I have ceased my communications with Mr. Shaikh, and if he has approached you, or you are doing business with him, I STRONGLY advise you contact the Criminal Investigation Division of the IRS in Freehold, NJ or Newark, NJ. to protect yourself or report your contact with him. 732-761-3381 is IRS number.

⚑

Page 1 of 1

**About**

About Yelp

Order Food on Eat24

Careers

Press

Investor Relations

Content Guidelines

Terms of Service

Privacy Policy

Ad Choices

**Discover**

The Local Yelp

Yelp Blog

Support

Yelp Mobile

Developers

RSS

**Yelp for Business Owners**

Claim your Business Page

Advertise on Yelp

Online Ordering from Eat24

Yelp Reservations

Business Success Stories

Business Support

Yelp Blog for Business Owners

**Languages**

English ▾

**Countries**

United States ▾

Copyright © 2004–2017 Yelp Inc. Yelp, yelp⭑, ⭑ and related marks are registered trademarks of Yelp.

EXHIBIT #2

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:22-CV-02053-ZNQ-TJB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **ZIA SHAIKH**

on *(date)*     05/07/2022     .

☑ I served the subpoena by delivering a copy to the named person as follows:   via email: nmartz@yelp.com

Nicollette Martz Esq for YELP INC

_____   on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:     05/07/2022     _____       •       *Zia Shaikh*
                                                    *Server's signature*

                                        ZIA SHAIKH
                                        *Printed name and title*
                                        Zia Shaikh
                                        200 Village Ctr Dr Unit 7381
                                        Freehold, NJ 07728

                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc.:

# EXHIBIT # 3

| | |
|---|---|
| Subject | **Message from Yelp HQ: 12023341** |
| From | Yelp HQ <feedback@yelp.com> |
| To | zia@myarpp.com <zia@myarpp.com> |
| Date | 2022-05-09 16:35 |
| Priority | Normal |



Hello,

Thank you for writing. Please note that Yelp does not accept service of process via email or other electronic means. Yelp accepts properly served and lawfully issued subpoenas from California state courts, and the Northern District of California, at the following address:

Yelp Inc.
c/o National Registered Agents, Inc.
330 N Brand Blvd, Suite 700
Glendale, CA 91203


Regards,

Beatrice
Yelp Support
San Francisco, California

Yelp Official Blog | https://www.yelpblog.com
Yelp Support Center | http://www.yelp-support.com
Yelp for Business Owners | https://biz.yelp.com


ref:_00D6guJNS._5004u2g8mUy:ref