UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW JERSEY

ZIA SHAIKH, )
 )
    Plaintiff, ) CASE NO. 3:22-cv-02053-GC-RLS
 )
v. )
 )
LAURA L. GERMADNIG et al, )
 ) **CERTIFICATE OF SERVICE**
 ) **MOTION DOCUMENTS**
    Defendant. )
 )

I, Zia Shaikh, certify as follows that on May 31, 2022:

    1.    I served a copy of the attached **Notice of Motion for contempt** with supporting papers upon Federal district court for the Eastern District of New Jersey, Trenton division via USPS mail.

    2.    I served the copy of same on each of the forty one defendants to their below listed addresses via USPS regular mail but without the exhibits since defendants already possess same as follows:

1. Defendant Louis Elwell and Janice Elwell at 17 Raintree Ct Holmdel, NJ 07733.
2. Defendant Sandra Seaman at 315 Elberon Ave Allenhurst, NJ 07711
3. Defendant Robert I. Mckee and Carol L. Mckee at 99 Steiner Ave Unit 22, Neptune, NJ 07753
4. Defendants Laura Germadnig, Siegfried Germadnig, Patricia Germadnig, Mark Germadnig, Stacy Germadnig, Siegfried Germadnig Jr, Barus Germadnig, Skyler Germadnig, Candy Mckee at 172 Roosevelt Ave Howell, NJ 07731
5. Defendant David Tarnowski and Nicole Tarnowski at 42 E. 4th St, Howell, New Jersey 07731.
6. Defendant Christine Gilfillen at 19 Rustic Ln Howell, NJ 07731

3

7. Defendant Daniel Schastny and Kathleen Schastny at 174 Windeler Rd Howell, NJ 07731
8. Defendant Bradely Mckee and Rene Mckee at 14 Lexington Rd Howell, NJ 07731
9. Defendant Melissa Reeves and Kenneth Reeves at 39 Dawn Cypress Lane, Jackson, New Jersey 08527,
10. Defendant Stanley O' Brian and Lori O'Brian at 450 Cook Rd Jackson, NJ 08527
11. Defendant Seth Arkush, Integrated Care Concepts LLC 19 N.County Line Rd Jackson, NJ 08527
12. Defendant Cathleen J. Coneeny, Esq., at 3215 Danskin Road, Wall, New Jersey 07719
13. Defendant Slava Kleyman at 265 Industrial way West Suite 1, Eatontown, NJ 07724
14. Defendant August J. Landi Esq at 1806 Highway 35 Ste 207, Oakhurst, NJ 07755
15. Defendant Nancy Cavanaugh at 1187 Marissa Dr Tomsriver, NJ 08724
16. Defendant Jack M to YELP INC Yelp Inc c/o National Registered Agents, Inc. 330 N Brand Blvd, Suite 700 Glendale, CA 91203
17. Defendant Nada Pityinger and Brett Pityinger at 482 Jamaica Blvd Tomsriver, NJ 08755
18. Defendant Joseph Gunteski CPA at 40 Bey Lea Rd Ste A101 Toms River, NJ 08753
19. Defendant Cowan Gunteski & Co, CPA. 40 Bey Lea Rd Ste A101 Toms River, NJ 08753
20. Defendant Stephanie J. Brown Esq at 16 Poor Farm Rd Pennington, NJ 08534
21. Defendant John R. Wiley CPA at 220 Leigh Farm Rd Durham, NC 27707-8110
22. Defendant AICPA-CIMA (Association of International Certified Public Accountants). at 220 Leigh Farm Rd Durham, NC 27707-8110
23. David Schlendorf Esq at 9 Grand Ave Tomsriver, NJ 08753

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 31, 2022

Zia Shaikh
Plaintiff