Case 3:22-cv-02053-GC-RLS   Document 30   Filed 06/15/22   Page 1 of 1 PageID: 805

ZIA SHAIKH v. LAURA L. GERMADNIG et al Case No. 3:22-cv-02053-GC-RLS | 1
US FEDERAL DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

**Zia Shaikh**
**200 Village Ctr Dr**
**Unit 7381**
**Freehold, NJ 07728**
**(732)766-5466**

June 13,2022

Hon.Judge Georgette Castner
New Jersey District Court Clerk – RM 220
U.S. District Court for the District of New Jersey
402 East State Street
Trenton, NJ 08608

**Re:  ZIA SHAIKH v. LAURA L. GERMADNIG et al**
      **Case No. 3:22-cv-02053-GC-RLS**

## Withdrawal of Subpoena to YELP INC

Dear Judge Castner;

I would like to temporarily withdraw my subpoena and subsequent motion for contempt against YELP INC.

Let this notice effectuate the withdrawal of same.

Respectfully submitted,

Zia Shaikh / Plaintiff

**Enclosure:**

SO ORDERED:

/s/ Rukhsanah L. Singh
Hon. Rukhsanah L. Singh, U.S.M.J.
Dated: June 15, 2022

Page **1** of **1**     The Clerk of Court is hereby directed to terminate Docket Entry No. 23.