**POSTERNOCK APELL, PC**
By:   Daniel Posternock, Esquire (019391986)
        Diana R. Sever, Esquire (031111994)
400 North Church Street, Suite 250
Moorestown, New Jersey 08057
Telephone: (856) 642-6445  Facsimile: (856) 642-6148
danp@posternockapell.com / dsever@posternockapell.com
Attorneys for Defendants, Jackson School District, Geoffrey Brignola, Debra Phillips and Adrien Jean-Denis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZIA SHAIKH,<br><br>                  Plaintiff,<br><br>v.<br><br>Laura L. Germadnig, Siegfried Germadnig Patricia Germadnig Melissa Reeves Kenneth Reeves Mark Germadnig Stacy GERMADNIG Siegfried GERMADNIG Jr Barus Germadnig Crystal Germadnig Skye Germadnig Jr David Tarnowski Nicole Tarnowski · Slava Kleyman Nancy Cavanaugh Louis Elwell Janice Elwell Christine Gilfillen Sandra Seaman Jack M Nada Pityinger Brett Pityinger Daniel SCHASTNY Kathleen SCHASTNY Bradley Mckee Rene Mckee Robert Mckee Carol Mckee Stanley O'Brian Lori O' Brian Candy Mckee Page 1 of 66 Steven A. Zabarsky, Esq., Kimberly Zabarsky, Law firm of Citta, Holzapfel & Zabarsky, Legal Malpractice Insurance Carrier for Citta, Holzapfel & Zabarsky, Cathleen Christie-Coneeny, Esq., Legal Malpractice Insurance Carrier For Cathleen Christie-Coneeny, Esq., Joseph Gunteski CPA Cowan Gunteski & Co John R. Wiley Jr, CPA,ABV,CGMA AICPA (Association of International CPA's) Seth Arkush, Integrated Care Concepts LLC Jackson School District Principal of Jackson Liberty HS Principal of Christa McAuliffe Middle School Principal of Crawford | Civil Action No.: 3:22-cv-2053-ZNQ-TJB<br><br>**DEFENDANTS' NOTICE OF CROSS MOTION FOR A PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 45 AND IN OPPOSITION TO PLAINTIFF'S NOTICE OF MOTION (IMPROPERLY CAPTIONED "ORDER TO SHOW CAUSE").** |

| | |
|---|---|
| Rodriguez elementary School Stephanie J. Brown Esq August. Landis Esq Margie McMahon Esq David Schlendorf Esq Jackson Twp. Police Chief Matthew KUNZ Jackson Township Police Officer Christopher Parise Ocean County NJ Prosecutor Bradley Bilheimer John Foti Jr Madeline F. Einbinder J.S.C Marlene L. Ford A.J.S.C John S. Doran J.S.C. Deborah H. Schron J.S.C. John Does 1-10, John Does 1-10, XYZ Corporations,<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

TO:

| | |
|---|---|
| Plaintiff Zia Shaik, Pro Se<br>200 Village Ctr Dr., Unit 7381<br>Freehold, NJ 07728 | Mark H. Zitomer, Esquire<br>Schneck, Price, Smith & King, LLP<br>220 Park Avenue, PO Box 991<br>Florham Park, NJ 07932<br>Counsel for Jackson Twp Solicitor |
| Michael P. Chipko, Esquire<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP<br>200 Campus Drive<br>Florham Park, NJ 07932<br>Counsel for Steven A. Zabarsky, Kimberly Zabarsky and the law firm of Citta, Holzapfel & Zabarsky | David J. Montag, Esquire<br>Milber, Makris Plousadis & Seiden, LLP<br>75 Livingston Avenue, Suite 103<br>Roseland, NJ 07068<br>Counsel for Defendant Margie McMahon |
| Michael S. Nagurka, Esquire<br>Rothstein, Mandell, Strohm, Halm & Cipriani, P.A.<br>98 East Water Street<br>Toms River, NJ 08753<br>Counsel for Chief of Police Matthew Kunz and Jackson Township Police Officer Christopher Parise | Kyle L. Wu, Esquire<br>Margolis Edelstein<br>The Curtis Center<br>170 S. Independence Mall W., Suite 400E<br>Philadelphia, PA 19106<br>Counsel for Defendants Joseph Gunteski, CPA and Cowan Gunteski & Co. |
| Melissa J. Brown, Esquire<br>Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.<br>Cherry Tree Corporate Center<br>535 Route 38 E, Suite 504<br>Cherry Hill, NJ 08002<br>Counsel for Seth Arkush | |

PLEASE TAKE NOTICE that on March 20, 2023 or on such date as the Court shall schedule same, the undersigned Diana R. Sever, Esquire attorney for Defendants Jackson Township School District, Geoffrey Brignola, Debra Phillips, and Adrien Jean-Denis shall Cross-Move before the Honorable Georgette Castner, United States District Judge in the United States Court House, Trenton, New Jersey pursuant to Federal Rule of Civil Procedure 45 for an Order Denying Plaintiff's Notice of Motion (improperly captioned "Order to Show Cause") to Hold Defendants in Contempt for failing to comply with Plaintiff's January 31, 2023 Subpoena which is at present the subject of a timely filed Motion to Quash; and for a Protective Order barring Plaintiff from issuing any further Subpoenas for information which is the subject of the two Pending Motions to Quash.

In support of this Cross Motion, the undersigned shall rely upon the Certification of Counsel and Letter Brief accompanying this submission.

The undersigned requests oral argument only if this motion is opposed and the Court permits.

A proposed form of Order is attached.

POSTERNOCK APELL, PC

By: *Diana R. Sever*
Diana R. Sever, Esquire
Attorney for Defendants Jackson Township
School District, Geoffrey Brignola, Debra
Phillips, and Adrien Jean-Denis

February 23, 2023