IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZIA SHAIKH<br><br>    Plaintiff,<br><br>vs.<br><br>LAURA L. GERMADING, et als.<br><br>    Defendants. | Case Action No.: 3:22-cv-02053<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY PURSUANT TO L. CIV. R. 6.1 (b)** |

Pursuant to Local Civil Rule 6.1(a) and (b), Defendant, Margie McMahon ("McMahon"), is being represented by the Law Firm of Milber Makris Plousadis & Seiden, LLP, in the above-entitled matter and application is hereby made for a Clerk's Order automatically extending the time within which she must answer, plead or otherwise respond to Plaintiff's First Amended Complaint, and it is represented that:

1. Plaintiff filed a Complaint on April 8, 2022.

2. Plaintiff filed a First Amended Complaint on March 6, 2023

3. The time in which McMahon is permitted to answer, move, or dismiss or otherwise respond to the First Amended Complaint expires no earlier than March 20, 2023.

4. McMahon hereby requests that the time within which she may answer, move, or otherwise respond to the First Amended Complaint be extended by fourteen days (14) days, up to and including April 3, 2023.

5. No previous extension has been obtained by McMahon in order to respond to Plaintiff's First Amended Complaint.

**WHEREFORE**, Defendant McMahon requests the Clerk of the Court grants her an extension of 14 days, up to and including April 3, 2023, to move, answer or otherwise respond to Plaintiff's First Amended Complaint.

Dated: March 13, 2023

Respectfully submitted,

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

By: _____
David J. Montag, Esq.
*Attorneys for Defendant*
*Margie McMahon*
75 Livingston Avenue, Suite 103
Roseland, New Jersey 07068
(201) 433-0778
File No.: 480NJ-22360
dmontag@milbermakris.com

## ORDER

The above application is GRANTED and the time for Defendant, Margie McMahon ("McMahon"), to file a responsive pleading to Plaintiff Zia Shaikh's First Amended Complaint is extended to **April 3, 2023.**

ORDER DATED:_____        WILLIAM T. WALSH, Clerk

_____
Deputy Clerk