

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 116
TRENTON, NJ 08625-0116

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

March 15, 2023

**Via Electronic Filing**
The Honorable Georgette Castner, U.S.D.J.
The Honorable Rukhsanah L. Singh, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

**Via regular and certified mail**
Zia Shaikh, pro se
200 Village Center Dr., Unit 7381
Freehold, NJ 07728

    Re: Shaikh v. Germadnig, et al.
        Civil Action No. 3:22-cv-2053-GC-RLS
        DOL# 22-01237

Dear Mr. Shaikh:

    This office represents Defendants/Judges Madeline F. Einbinder, P.J.F.P., Marlene Lynch-Ford, A.J.S.C., Deborah Honlon-Schron, J.S.C., John S. Doran, J.S.C., and Francis A. Hodgson, Jr., P.J.Ch., collectively "Judiciary Defendants" in the above matter.

    Plaintiff filed his First Amended Complaint on March 6, 2023. See ECF No. 154. Counsel filed a notice of appear for newly-added defendant, Judge Hodgson, on March 8, 2023. See ECF No. 155. On March 8, 2023, counsel also filed a waiver of service of summons. See ECF No. 156. However, on March 14, 2023, Plaintiff requested a Summons be issued for Judge Hodgson. See ECF No. 166. This letter attaches the waiver again, which was filed on the docket and mailed



<div align="right">March 15, 2023<br>Page 2</div>

to your address, as a reminder that Judge Hodgson has waived service and this office is counsel of record for the Judiciary Defendants, so any and all communications about this case must continue through this office.

The Judiciary Defendants (inclusive of Judge Hodgson) were granted and extension of time until April 3, 2023 to file a responsive pleading to Plaintiff's First Amended Complaint. See ECF No. 157.

Thank you for your kind attention and consideration.

<div style="margin-left: 50%;">
Respectfully yours,

MATTHEW J. PLATKIN<br>
ATTORNEY GENERAL OF NEW JERSEY

By: /s/  Barkha Patel<br>
    Barkha Patel<br>
    Deputy Attorney General
</div>

cc: all counsel of record