### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZIA SHAIKH<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LAURA L. GERMADING, et als.<br><br>　　　　　Defendants. | Case Action No.: 3:22-cv-02053<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY PURSUANT TO L. CIV. R. 6.1 (b)** |

　　　　Pursuant to Local Civil Rule 6.1(a) and (b), Defendant, Sandra Seaman("Seaman"), is being represented by herself Pro Se, in the above-entitled matter and application is hereby made for a Clerk's Order automatically extending the time within which she must answer, plead or otherwise respond to Plaintiff's First Amended Complaint, and it is represented that:

　　　　1.　　Plaintiff filed a Complaint on April 8, 2022.

　　　　2.　　Plaintiff filed a First Amended Complaint on March 6, 2023

　　　　3.　　The time in which Seaman is permitted to answer, move, or dismiss or otherwise respond to the First Amended Complaint expires no earlier than March 20, 2023.

　　　　4.　　 Seaman hereby requests that the time within which she may answer, move, or otherwise respond to the First Amended Complaint be extended by fourteen days (14) days, up to and including April 3, 2023.

　　　　5.　　 No previous extension has been obtained by Seaman in order to respond to Plaintiff's First Amended Complaint.

**WHEREFORE**, Defendant Seaman requests the Clerk of the Court grants her an extension of 14 days, up to and including April 3, 2023, to move, answer or otherwise respond to

Plaintiff's First Amended Complaint.

Dated: March 19, 2023

Respectfully submitted,

By: *Sandra Seaman*

Sandra Seaman
315 A Elberon Ave
Allenhurst NJ 07711
Sandys1977@gmail.com

## ORDER

The above application is GRANTED and the time for Defendant, Sandra Seaman ("Seaman"), to file a responsive pleading to Plaintiff Zia Shaikh's First Amended Complaint is extended to **April 3, 2023.**

ORDER DATED: _____    WILLIAM T. WALSH, Clerk

_____
Deputy Clerk

2