UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZIA SHAIKH,<br><br>Plaintiff,<br><br>v.<br><br>LAURA L. GERMADNIG, et al.,<br><br>Defendants. | Civil Action No. 22-2053 (RK) (JBD)<br><br>**<u>ORDER</u>** |

**THIS MATTER** comes before the Court upon Defendants' consolidated motion seeking dismissal on multiple grounds. (ECF No. 203.) The Court previously consolidated twenty-three motions to dismiss under this one docket entry, previously pending at ECF Nos. 203, 206, 207, 208, 212, 215, 218, 220, 222, 223, 225, 226, 227, 228, 230, 232, 233, 234, 236, 238, 242, 252, and 255. (ECF No. 154.) Also pending are: Plaintiff's appeal of the Magistrate Judge's order setting aside default against two Defendants (ECF No. 121); Plaintiff's appeal of the Magistrate Judge's order denying his motion to disqualify counsel for certain Defendants (ECF No. 127); Plaintiff's motion seeking to disqualify counsel for certain Defendants (ECF No. 246); Defendants' motion for sanctions against Plaintiff pursuant to Federal Rule of Civil Procedure 11 (ECF No. 128); and Plaintiff's two motions for preliminary injunctions (ECF Nos. 131, 191).

The Court has considered the parties' submissions and resolves the matter without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1. For the reasons set forth in its Memorandum Opinion filed on this date, and for good cause shown,

**IT IS** on this 13th day of July, 2023,

**ORDERED** that Defendants' consolidated motions to dismiss (ECF No. 203) are **GRANTED**; and it is further

**ORDERED** that Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE** in its entirety; and it is further

**ORDERED** that Plaintiff's appeal from the Magistrate Judge's Order granting Defendants' motion to set aside default (ECF No. 121) is **DENIED**; and it is further

**ORDERED** that Plaintiff's appeal from the Magistrate Judge's Order denying Plaintiff's motion to disqualify counsel (ECF No. 127) is **DENIED**; and it is further

**ORDERED** that Plaintiff's motion to disqualify counsel (ECF No. 246) is **DENIED**; and it is further

**ORDERED** that Defendants' motion for Rule 11 sanctions against Plaintiff (ECF No. 128) is **DENIED**; and it is further

**ORDERED** that Plaintiff's motions for injunctive relief (ECF Nos. 131, 191) are **DENIED**; and it is further

**ORDERED** that Plaintiff is directed to refrain from making unsolicited telephone calls to Chambers; and it is further

**ORDERED** that the Clerk's Office is directed to terminate the motions pending at ECF Nos. 121, 127, 128, 131, 191, 203, and 246; and it is further

**ORDERED** that the Clerk's Office is directed to close this matter; and it is further

**ORDERED** that the Clerk's Office is directed to mail a copy of this Order and accompanying Opinion to Plaintiff via regular mail.

_____
ROBERT KIRSCH
UNITED STATES DISTRICT JUDGE

2